# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13** |
| **JESSICA L. SIMMS** | **CASE NO. 17-14487-JDW** |

## OBJECTION TO SECURED CLAIM

**COMES NOW THE DEBTOR (S),** by and through counsel, and files this Objection to the following pre-petitioned secured claim and requests the Court to set the value for the purpose of plan confirmation:

**Capital One Auto Finance**
**Attn: General Correspondence/Bankruptcy**
**P.O. Box 30285**
**Salt Lake City, UT 84130**

**Description of Collateral:** 2010 Toyota FJ Cruiser

**Amount of Debt:** $13,069.00

**Value:** $16,700.00

**Treatment:** Pay the alleged amount owed of $13,069.00 plus 17.96% interest over the life of the Chapter 13 plan, and upon payment of same eliminate any lien. That, upon payment of value plus interest the lien be canceled and any title documents delivered to Debtor (s)..

Debtor(s) pray(s) that in the event a timely filed and/or allowed Proof of Claim is filed by or on behalf of any of the abovementioned creditors evidencing an **unsecured interest**, that said creditor be paid the same percentage distribution as all other unsecured creditors through the Chapter 13 plan and further pray(s) that either upon payments of the underlying debts determined under non-bankruptcy law of a discharge under Bankruptcy Code § 1328, all liens be cancelled and any and all title documents be promptly delivered to Debtor(s).

Dated: January 23, 2018                              Respectfully Submitted,
                                                                   /s/Michael W. Boyd
                                                                   Michael W. Boyd, P.A.

Michael W. Boyd, Attorney at Law #4216
Post Office Box 1586
Greenville, Mississippi 38702-1586
Telephone: 662-332-0202
Fax:         662-332-0241
notices@boydlawoffice.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                             CHAPTER 13
JESSICA L. SIMMS                                              CASE NO. 17-14487-JDW


**NOTICE OF OBJECTION TO SECURED CLAIM**

    I, Michael W. Boyd, Attorney for Debtor(s) herein, do hereby notice the following creditor that an Objection to Secured Claim and Other Relief has been filed on behalf of Debtor (s) :

**Capital One Auto Finance**
**Attn: General Correspondence/Bankruptcy**
**P.O. Box 30285**
**Salt Lake City, UT 84130**

NOTICE IS FURTHER GIVEN that all creditors and other interested parties desiring to respond to said Objection to Secured Claim are hereby required to file written responses within 30 days of the filing of said Objection to Secured Claim to the following:

    Hon. Shallanda J. Clay, Clerk
    U.S. Bankruptcy Court
    Post Office Box 867
    Aberdeen, MS 39730

and to serve a copy of said responses upon the Attorney for Debtor (s) and the Chapter 13 Trustee:

| | |
|---|---|
| Michael W. Boyd, Attorney at Law | Locke D. Barkley, Chapter 13 Trustee |
| Post Office Box 1586 | PO Box 55829 |
| Greenville, MS 38702-1586 | Jackson, MS 39296-4476 |

In the event such written responsive pleading is not filed within 30 days of the filing of this Objection to Secured Claim, the Court may enter a Confirmation Order, which shall set the amount owed of each affected secured creditor's lien, and which shall sustain the Objection to Secured Claim, granting the relief requested therein. In the event a written response is filed, the Court will notify you of the date, time and place of the hearing thereon.

Dated: January 23, 2018

                                                     /s/Michael W. Boyd, P.A.
Michael W. Boyd, Attorney for Debtor        Michael W. Boyd,
Post Office Box 1586                            Attorney for Debtor
Greenville, MS 38702-1586
Telephone: 662-332-0202
Fax:        662-332-0241

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13** |
| **JESSICA L. SIMMS** | **CASE NO. 17-14487-JDW** |

**CERTIFICATE OF SERVICE**

    I, Michael W. Boyd, Attorney for the Debtor(s) herein, do hereby certify that I have this day electronically filed the foregoing Objection to Secured Claim and Other Relief with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

        Office of the United States Trustee
        USTPRegion05.AB.ECF@usdoj.gov

        **Locke D. Barkley**
        sbeasley@barkley13.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

**Capital One Auto Finance**
**Attn: General Correspondence/Bankruptcy**
**P.O. Box 30285**
**Salt Lake City, UT 84130**

Dated: January 23, 2018

                                            /s/Michael W. Boyd
                                            MICHAEL W. BOYD

Michael W. Boyd, Attorney at Law
Post Office Drawer 1586
Greenville, MS 38702-1586
Telephone: 662-332-0202
Fax:       662-332-0241