

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**IN RE:**

**JESSICA L. SIMMS**                                    **NO. 17-14487 JDW**

### ORDER

This matter having come on for consideration upon the Motion for Relief from Automatic Stay and Co-Debtor Stay filed on behalf of Capital One Auto Finance, a Division of Capital One, N.A. (hereinafter "Capital One"), (DK#30) and Capital One represented to the Court that it served the Motion in accordance with all applicable rules, and further that no timely response was filed and accordingly, said Motion is well taken and should be granted, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated as to Capital One, as to one (1) 2012 Kia Optima, VIN 5XXGM4A75CG020639.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the subject matter personal property collateral of the Debtor, be, and the same hereby is, abandoned as property of the estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the co-Debtor stay provisions of Section 1301 of the Bankruptcy Code are hereby lifted as to Capital One as to the co-Debtor, Jacqueline Simms.

### ###END OF ORDER###

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029